STATE OF NEW JERSEY v. THAD W. HURDLE.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES & DELBERT WOOD.

May 4, 1971. Petition for certification denied.

ALLING PARKING CORPORATION v. THE CITY OF NEWARK.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR BROOKINS, SR.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CURRIE.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH D'ORSI.

May 4, 1971. Petition for certification denied. (See 113 *N. J. Super.* 527).